

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

FILED
DEC 2 1 2005
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>ARTEMIO HERNANDEZ,<br><br>Defendant. | ) CRIMINAL NO.<br>) **I N D I C T M E N T**<br>)<br>) [Vio: 18 U.S.C. § 3146(a)(1)<br>) Failure to Appear]<br>)<br>)<br>)<br>) |

MO05CR246

**THE GRAND JURY CHARGES:**

COUNT ONE
[18 U.S.C. § 3146(a)(1)]

That on or about December 7, 2005, in the Western District of Texas, the Defendant,

**ARTEMIO HERNANDEZ,**

having been charged with a violation of Title 21, United States Code, Section 841(a)(1), a felony, and having been released pursuant to chapter 207 of Title 18, United States Code, in connection with the aforementioned criminal charge, for appearance before United States Magistrate Judge L. Stuart Platt, on December 7, 2005, for docket call in Case Number MO-05-CR-213, entitled United States v. Artemio Hernandez, did knowingly and willfully fail to appear as required, in violation of Title 18, United States Code, Section 3146(a)(1).

A TRUE BILL.

Foreperson of the Grand Jury

JOHNNY SUTTON
United States Attorney

Original signed by the
foreperson of the Grand Jury

SANDRA R. BECKNER
Assistant United States Attorney